DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE BOTELHO** and **INNA BOTELHO,**
Appellants,

v.

**DMA ROOFING CORPORATION,** et al.,
Appellees.

No. 4D2024-1935

[February 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502021CA008608.

Edmond E. Koester and Matthew B. Devisse of Coleman, Yovanovich & Koester, P.A., Naples, for appellants.

Joseph A. Sacher and Christina M. Flores of Gordon Rees Scully Mansukhani, Miami, for appellees Manry & Heston, Inc., and Mary Beth Roman.

Helbert A. Canales-Rojas and Elizabeth Sardinas of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, for appellee Vermont Slate Company, LLC.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***